# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RAY CHARLES MOBLEY,

    Plaintiff,

v.                                CASE NO. 5:11cv176-RH/GRJ

BAY COUNTY et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on December 19, 2011.

                                      s/Robert L. Hinkle
                                      United States District Judge